# SEALED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

FILED
2017 FEB -1 AM 11:08
U.S. MAGISTRATE JUDGE
BY____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-mj-00093-VCF |
| Plaintiff, | WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR SAMUEL BROWN |
| vs. | (ID#) 365703 |
| SAMUEL BROWN, | |
| Defendant. | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   SANTA FE COUNTY ADULT CORRECTIONAL FACILITY
      28 CAMINO JUSTICIA
      SANTA FE, NEW MEXICO 87508
      UNITED STATES MARSHAL FOR THE DISTRICT OF
      NEW MEXICO AND ANY OTHER UNITED STATES MARSHAL

## GREETINGS:

WE COMMAND that you have the body of **SAMUEL BROWN**, detained in the custody of the Santa Fe County Adult Correctional Facility, Santa Fe, New Mexico before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about February 10, 2017, at the hour of 3:00 p.m., for initial appearance/arraignment and plea and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said **SAMUEL BROWN** is released and discharged by the said Court; and that you shall thereafter return the said **SAMUEL BROWN** to the custody of the Santa Fe County Adult Correctional Facility, Santa Fe, New Mexico, under safe and secure conduct, and have you then and there this writ.

DATED: February ___, 2017

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

DEBRA K. KEMPI
CLERK

_(By) DEPUTY CLERK_

2/1/17
DATE