⊗AO 442    (Rev. 10/03) Warrant for Arrest

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

# UNITED STATES DISTRICT COURT

District of  NEVADA

*10253301*

**FEB 10 2017**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA

V.

SAMUEL BROWN

**WARRANT FOR ARREST**

Case Number:

2:17-mj-00093-VCF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Samuel Brown
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

Kidnapping AND Aiding and Abetting

in violation of Title  18    United States Code, Section(s)  1201(a)(1)(c) AND 2

RECEIVED UNITED STATES MARSHAL
2017 FEB -1 P 4: 05

CAM FERENBACH

Name of Issuing Officer
UNITED STATES MAGISTRATE JUDGE

Signature of Issuing Officer

Title of Issuing Officer

Las Vegas, Nevada

Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at   SANTA FE, NM | | |
| DATE RECEIVED 2/1/2017 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/6/2017 | KB for FBI | |